# GERACI LAW, L.L.C.
### Bankruptcy and Injury Attorneys
55 E. Monroe Street, Suite 3400, Chicago, IL 60603
312-332-1800   877-247-1960 (fax)   help@geracilaw.com

## FEE PRIORITY DISCLOSURE IN YOUR CHAPTER 13

This disclosure explains the payment structure in your Chapter 13. This disclosure is a supplement to the Court Approved Retention Agreement we, Geraci Law, L.L.C., signed with you, Samuel Pacheco, in your case. This disclosure does not change any of the terms in the Court Approved Retention Agreement.

**ATTORNEY FEES PAID THROUGH CHAPTER 13:** Before filing your Chapter 13, you paid $0 toward our attorneys' fees for the bankruptcy. We agreed with you that the remaining balance on attorneys' fees of $4,000, plus any costs advanced or billed, would be paid to us over time through your Trustee payments.

**ORDER OF PAYMENTS:** Unless otherwise proposed, claims of creditors in your Chapter 13 will be paid by the Trustee pro rata in the following order: (1) post-filing mortgage payments (if being paid in the Chapter 13); (2) monthly payments on non-mortgage secured claims (such as secured vehicle loans); (3) costs of administration (such as the remaining balance on our attorneys' fees above); (4) mortgage arrears; (5) priority unsecured claims other than costs of administration; and (6) other unsecured claims.

**RATE OF PAYMENT THROUGH YOUR PLAN:** Your Chapter 13 plan proposes to pay $870 per month for at least 60 months, with total amount of estimated payments of $52,200. This total may change depending on various factors such as creditor or trustee objections, or claims filed. The plan DOES propose to alter the above order of payments by elevating our attorneys fees to paid at the same level of priority as your car loan. The Trustee will take from your monthly payments an estimated 4-6% for fees before disbursing in the above order. Under the above order, as altered, and subject to court approval or subsequent amendments, the Trustee will pay the following estimated amounts from your monthly payment as follows:

- The Trustee will first receive $40/month
- The Trustee will make the following projected monthly payments:
    - Before confirmation: $130/month to Bank of America for the 2012 Ford F150 and $700/month to Geraci Law (these funds for Geraci Law are held by the Trustee until the case is confirmed by the court and then the Trustee disburses these funds to Geraci Law)
    - After confirmation: $308/month to Bank of America for the 2012 Ford F150 and $522/month to Geraci Law
    - After our fees are paid off and Bank of America receives their payment, the Trustee will then pay other allowed unsecured claims pro rata until plan payments are complete.
- NOTE: Bank of America will be paid $13,030.10 with 6.25% APR through my Chapter 13.

**EFFECT ON YOUR CREDITORS DUE TO PRIORITY OF PAYMENTS:** Our attorneys' fees get paid before certain creditors as outlined above. This means your plan terms project that our attorneys' fees will be paid in full before your car loan as outlined above. Any secured creditors (other than ongoing mortgages) will not receive their contractual payments because the plan changes the interest and payment amount. If you receive a discharge, the difference will be eliminated. If your Chapter 13 case is dismissed or converted to a Chapter 7 (if eligible), the balances owed to creditors could be larger (due to interest) or not as low as they would've been had you paid the creditors directly instead of paying to the Trustee.

**EFFECT ON YOU DUE TO PRIORITY OF PAYMENTS:** If your Chapter 13 case is dismissed or converted to a Chapter 7 (if eligible), this means that it may be more difficult or impossible to avoid repossession or foreclosure on collateral secured by loans AND may be more difficult or impossible to afford to catch up on unsecured loans (such as parking tickets which could lead to being on the boot list or causing drivers' license suspension). Examples of reasons for dismissal include but are not limited to: failure to make the required Trustee payment, failure to turn over tax refunds, etc.

UNDERSTOOD & ACCEPTED BY SIGNATURE BELOW:

x _[signature]_____   Date: 5-9-18
Samuel Pacheco

x _[signature]_____   Date: 5/9/2018
Ashley Chike, Geraci Law Attorney